NANCY NGUYEN SIMS (SBN 215869)
nancy.sims@us.dlapiper.com
MICHELLE CHUNG (SBN 312833)
michelle.chung@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Plaintiff
BIOVERATIV US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOVERATIV US LLC, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CORNERSTONE HEALTHCARE SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 5:20-cv-02137 JGB-KK<br><br>**PLAINTIFF BIOVERATIV US LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT ON DEFENDANT NATIONAL CORNERSTONE HEALTHCARE SERVICES, INC.**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declarations of Jason Crosby and Nancy Nguyen Sims;[Proposed] Order and [Proposed] Judgment]*<br><br>Date:　　April 19, 2021<br>Time:　　9:00 a.m.<br>Place:　　Courtroom1 |

EAST\179855625.4

NOTICE OF MOTION FOR DEFAULT JUDGMENT

**TO THE COURT AND DEFENDANT NATIONAL CORNERSTONE HEALTHCARE SERVICES, LLC:**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on April 19, 2021, or as soon thereafter as this matter may be heard in Courtroom 1 of the above-titled Court, located at 3470 12th St, Riverside, CA 92501, Plaintiff Bioverativ US LLC ("Bioverativ") will, and hereby does, request that a default judgment be entered against Defendant National Cornerstone Healthcare Services, Inc. ("National Cornerstone") pursuant to Federal Rule of Civil Procedure 55(b)(2), and Local Rules 55-1 and 55-2.  Bioverativ's Motion for Entry of Default Judgment ("Motion") follows the "Clerk's Entry of Default" requested by Bioverativ on December 30, 2020 and entered against National Cornerstone by the Clerk of Court on January 4, 2021. *See* Dkt. Nos. 16, 17.  In accordance with Local Rule 55-2, this Motion, which includes the amount of damages requested by Bioverativ, is being served on National Cornerstone by U.S. mail.  Declaration of Nancy Nguyen Sims, ¶ 8.

The Motion is based on this Notice, Bioverativ's Memorandum of Points and Authorities, the concurrently filed Declarations of Nancy Nguyen Sims and Jason Crosby and exhibits thereto, the pleadings, files, and other matters that may be presented at the hearing.

Dated: March 18, 2021  **DLA PIPER LLP (US)**

By: /s/ Nancy Nguyen Sims
　　NANCY NGUYEN SIMS
　　MICHELLE CHUNG
　　Attorneys for Plaintiff
　　BIOVERATIV US LLC