JS-6

| | |
|---|---|
| 1 | D ProNANCY NGUYEN SIMS (SBN 215869)<br>nancy.sims@us.dlapiper.com |
| 2 | MICHELLE CHUNG (SBN 312833)<br>michelle.chung@us.dlapiper.com |
| 3 | **DLA PIPER LLP (US)**<br>2000 Avenue of the Stars |
| 4 | Suite 400 North Tower<br>Los Angeles, California 90067-4704 |
| 5 | Tel:   310.595.3000<br>Fax:  310.595.3300 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>BIOVERATIV US LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOVERATIV US LLC, a Delaware corporation, | CASE NO. 5:20-cv-02137 JGB-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NATIONAL CORNERSTONE HEALTHCARE SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

EAST\179567140.1

JUDGMENT

1  The Clerk of the United States District Court for the Central District of California, having entered a Default on the Complaint filed in this action by Plaintiff Bioverativ US LLC ("Bioverativ") against Defendant National Cornerstone Healthcare Services, Inc. ("National Cornerstone") on January 4, 2021 and having reviewed and fully considered Bioverativ's Motion for Entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), the accompanying Declarations of Jason Crosby and Nancy Nguyen Sims, and all supporting documents, as well as the Complaint and Proof of Service filed in this action, hereby enters **JUDGMENT** in favor of Bioverativ and against National Cornerstone on Bioverativ's claims for (1) Breach of Contract; (2) Goods Rendered; and (3) Account Stated.

National Cornerstone shall pay Bioverativ the amount of $1,494,582.57 (which represents the total of the principal sum of $1,491,691.47 plus $2,891.10 in cost), plus post-judgment interest as provided by 28 U.S.C. § 1961.

Dated: April 16, 2021

_____
Honorable Jesus G. Bernal
Judge, United States District Court